UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

| | |
|---|---|
| MARTIN MEYERS AND LLV OF HARTFORD, INC., <br> Plaintiffs/Defendants-in Counterclaim, <br> V. <br> GABR, KHALED, F. A/K/A, KHALED AZIZ, AND NILE MANAGEMENT LEASING CORPORATION <br> Defendants/Plaintiffs-in-Counterclaim. | C.A. NO. 3:02CV527RNC <br><br> OCTOBER 31, 2003 |

### DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 37(a) of the Local Rules of Civil Procedure, the defendants, Khaled Gabr, a/k/a Khaled Aziz, and Nile Management Leasing Corporation (collectively "Defendants"), hereby move for an order of this court compelling the plaintiffs to immediately produce the documents requested in the Defendants' First Request for Production of Documents, which was served on September 6, 2002.

A supporting memorandum of law and the Affidavit of Christine DeRosa, Esq., are filed herewith.

The undersigned certifies, based on information received from lead counsel in this matter, that the defendants have in good faith attempted to confer with the plaintiffs in an effort to secure disclosure on their part without court action.

**ORAL ARGUMENT IS REQUESTED.**

1

KHALED F. GABR a/k/a KHALED AZIZ
And NILE LEASING MANAGEMENT
CORPORATION,
DEFENDANTS

_____
William J. O'Sullivan, Esq. (ct08452)
BAKER O'SULLIVAN & BLISS PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone (860) 258-1993
Fax (860) 258-1991
o'sullivan@boblawyers.com
Their attorneys

Also for Defendants,
Preston W. Halperin, Esquire (Ct23119)
Christine L. DeRosa, Esquire (Ct23569)
SHECHTMAN HALPERIN SAVAGE, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2003, copies of the foregoing and of the accompanying memorandum of law and affidavit were mailed, postage prepaid, to the following:

Martin Meyers
P.O. Box 188
Washington Depot, CT 06794

_____
William J. O'Sullivan, Esq.