UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

| | |
|---|---|
| MARTIN MEYERS AND LLV OF HARTFORD, INC., <br> Plaintiffs/Defendants-in Counterclaim, <br> V. <br> GABR, KHALED, F. A/K/A, KHALED AZIZ, AND NILE MANAGEMENT LEASING CORPORATION <br> Defendants/Plaintiffs-in-Counterclaim. | NO. 3:02CV527RNC <br><br> OCTOBER 30, 2003 |

**AFFIDAVIT OF CHRISTINE DEROSA, ESQ. IN SUPPORT OF
DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

STATE OF RHODE ISLAND     :
                          :   Providence     October 30, 2003
COUNTY OF PROVIDENCE      :

Being duly sworn, I, Christine DeRosa, do hereby depose and swear:

1. I am over the age of eighteen, and understand the obligations of an oath.

2. I am an attorney at law licensed to practice in the state of Rhode Island, and have been admitted in this court pro hac vice for the purpose of representing the defendants in this action. As such, I have personal knowledge of the statements set forth in this affidavit.

3. I make this affidavit in support of the Defendants' Motion to Compel Production of Documents, dated October 31, 2003 ("Motion to Compel").

4. The plaintiffs' former attorney, Charles Miller ("Attorney Miller"), filed objections to the defendants' Discovery Request on February 28, 2003, and obtained an

1

extension of his compliance deadline to March 30, 2003. Shortly thereafter, on May 15, 2003, he moved to withdraw his appearance on behalf of the plaintiffs. The plaintiffs have not retained substitute counsel. In my opinion, the lack of an attorney on the other side has impaired the lines of communication and has contributed significantly to the need for the Motion to Compel.

5.   My office has made numerous attempts to contact the plaintiff, Martin Meyers, and the plaintiffs' former attorney Charles Miller, to resolve the discovery issues described in the Motion to Compel and to obtain access to requested documents that are not the subject of an objection. We have been told that Attorney Miller, although he no longer represents the plaintiffs, still has custody of relevant documents and that they will be made available to the defendants. However, our efforts to obtain access to the documents have been thwarted by a lack of responsiveness on the other side. My office's contacts and attempted contacts with Mr. Meyers and Attorney Miller in this regard include the following:

- Phone message to Attorney Miller on April 17, 2003 (no response);
- E-mail to Attorney Miller on May 21, 2003 (no response);
- E-mail to Attorney Miller on May 27, 2003, to which he responded that he had documents available for inspection and copying, and said "Please advise how you wish to proceed."
- E-mail to Attorney Miller, seeking to set up a time to copy documents, on June 16, 2003 (no response);
- Phone message to Attorney Miller on July 30, 2003 (no response);
- E-mail to Attorney Miller on October 9, 2003 (no response);

- Letter to Meyers on October 9, 2003 (no response);

- Letter to Meyers on October 14, 2003. Meyers responded with a letter dated October 27, 2003, instructing us to contact Attorney Miller;

- Phone message to Attorney Miller on October 29, 2003 (no response).

6.   Under the present circumstances, it has not been possible to work out a resolution of the issues set forth in the Motion to Compel. The defendants respectfully submit that the intervention of the court is necessary.

*Christine DeRosa*
Christine DeRosa, Esquire #23539
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, RI 02903

Subscribed and sworn to before me, this 30th day of October, 2003.

**GINA-MARIE CIACCIO**
**Notary Public of Rhode Island**
**My Commission Expires 03/04/06**

*Gina-Marie Ciaccio*
Notary Public
My commission expires: 3|4|06

3