UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTIN MEYERS, ET AL.,          :

    Plaintiffs,                 :

    v.                           :   CASE NO. 3:02CV527(RNC))

GABR, ET AL.,                    :

    Defendants.                  :

## RULING ON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pending before the court is the defendants' motion to compel production of documents. (Doc. #44.) The motion is DENIED without prejudice to refiling. The defendants have informed the undersigned's chambers that they have received documents that might resolve the instant motion, at least in part. If, after reviewing the documents, items of discovery remain in dispute, the defendants may file a new motion to compel setting forth a specific verbatim listing of each of the items of discovery sought, the plaintiff's objections to the discovery request and the reason why the item should be allowed. See D.Conn.L.Civ.R. 37.

SO ORDERED at Hartford, Connecticut this 24th day of November, 2003.

Donna F. Martinez
United States Magistrate Judge