UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HARTFORD

|  |  |  |
|---|---|---|
| MARTIN MEYERS AND LLV OF HARTFORD, INC., | ) ) ) | |
| Plaintiffs, | ) | |
| V. | ) | C.A. NO. 3:02CV527RNC |
| | ) | |
| GABR, KHALED, F. A/K/A, KHALED AZIZ, AND NILE MANAGEMENT LEASING CORPORATION | ) ) ) | |
| Defendants. | ) ) | |

## ASSENTED TO MOTION TO EXTEND THE DISCOVERY DEADLINES

The parties in the above-captioned action hereby stipulate and agree that the discovery

deadline (currently January 16, 2004) will be extended up to, and including, February 28, 2004.

Plaintiffs,
Martin Meyers and LLV of Hartford, Inc.

Defendants,
Khaled F. Gabr a/k/a Khaled Aziz
and Nile Management Corporation
By Their Attorneys:

_____
Martin Meyers *Pro Se*
P.O. Box 188
Washington Depot, CT 06794

William J. O'Sullivan, Esq.
BAKER O'SULLIVAN & BLISS PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
(860) 258-1993

Also for Defendants,
Preston W. Halperin, Esquire (Ct23119)
Christine L. DeRosa, Esquire (Ct23569)
SHECHTMAN HALPERIN SAVAGE, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

Dated: December 23, 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HARTFORD

_____
                                            )
MARTIN MEYERS AND LLV OF                    )
HARTFORD, INC.,                             )
                    Plaintiffs,             )
V.                                          )          C.A. NO. 3:02CV527RNC
                                            )
GABR, KHALED, F. A/K/A, KHALED              )
AZIZ, AND NILE MANAGEMENT                   )
LEASING CORPORATION                         )
                    Defendants.             )
_____ )

## ASSENTED TO MOTION TO EXTEND THE DISCOVERY DEADLINES

The parties in the above-captioned action hereby stipulate and agree that the discovery

deadline (currently January 16, 2004) will be extended up to, and including, February 28, 2004.

Plaintiffs,                                 Defendants,
Martin Meyers and LLV of Hartford, Inc.     Khaled F. Gabr a/k/a Khaled Aziz
                                            and Nile Management Corporation
                                            By Their Attorneys:


_____            _____
Martin Meyers *Pro Se*                      William J. O'Sullivan, Esq.
P.O. Box 188                                BAKER O'SULLIVAN & BLISS PC
Washington Depot, CT 06794                  Putnam Park, Suite 100
                                            100 Great Meadow Road
                                            Wethersfield, CT 06109-2371
                                            (860) 258-1993

                                            Also for Defendants,
                                            Preston W. Halperin, Esquire (Ct23119)
                                            Christine L. DeRosa, Esquire (Ct23569)
                                            SHECHTMAN HALPERIN SAVAGE, LLP
                                            86 Weybosset Street
                                            Providence, RI 02903
                                            (401) 272-1400

Dated: