UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MARTIN MEYERS, ET AL.,
    Plaintiffs,

v.

GABR, KHALED, ET AL.,
    Defendants.

CASE NO. 3:02CV527(RNC)

2004 JAN 15 A 10:51

U.S. DISTRICT COURT
HARTFORD, CT.

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___  To conduct settlement conferences (orefmisc./cnf);

___  To conduct a prefiling conference (orefmisc./cnf);

___  To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_  A ruling on the following pending motion (orefm.):
Assented to Motion to Extend the Discovery Deadlines [doc. 49]

So ordered.

Dated at Hartford, Connecticut this 15th day of January 2004.

Robert N. Chatigny
United States District Judge