#49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HARTFORD

| | |
|---|---|
| MARTIN MEYERS AND LLV OF HARTFORD, INC., <br> Plaintiffs, <br> V. <br><br> GABR, KHALED, F. A/K/A, KHALED AZIZ, AND NILE MANAGEMENT LEASING CORPORATION <br> Defendants. | C.A. NO. 3:02CV527RNC |

## ASSENTED TO MOTION TO EXTEND THE DISCOVERY DEADLINES

The parties in the above-captioned action hereby stipulate and agree that the discovery deadline (currently January 16, 2004) will be extended up to, and including, February 28, 2004.

Plaintiffs,
Martin Meyers and LLV of Hartford, Inc.

Martin Meyers *Pro Se*
P.O. Box 188
Washington Depot, CT 06794

Defendants,
Khaled F. Gabr a/k/a Khaled Aziz
and Nile Management Corporation
By Their Attorneys:

William J. O'Sullivan, Esq.
BAKER O'SULLIVAN & BLISS PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
(860) 258-1993

Also for Defendants,
Preston W. Halperin, Esquire (Ct23119)
Christine L. DeRosa, Esquire (Ct23569)
SHECHTMAN HALPERIN SAVAGE, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

Dated: December 23, 2003

GRANTED. All discovery, including all discovery relating to expert witnesses, shall be completed (not propounded) by February 28, 2004. Further requests for extensions of time will be viewed with disfavor.

1/21/04