UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

HARTFORD

2004 FEB 20  A 11: 56

U.S. DISTRICT COURT
HARTFORD, CT.

|  |  |  |
|---|---|---|
| MARTIN MEYERS AND LLV OF HARTFORD, INC., | ) | |
| Plaintiffs, | ) | |
| V. | ) | C.A. NO. 3:02CV527RNC |
| | ) | |
| GABR, KHALED, F. A/K/A, KHALED AZIZ, AND NILE MANAGEMENT LEASING CORPORATION | ) | |
| Defendants. | ) | |

## ASSENTED TO MOTION TO EXTEND THE DISCOVERY DEADLINES

The parties in the above-captioned action hereby stipulate and agree that the discovery

deadline (currently February 28, 2004) will be extended up to, and including, March 26, 2004, in

order for the parties to complete discovery and/or complete settlement negotiations.

Plaintiffs,
Martin Meyers and LLV of Hartford, Inc.

Defendants,
Khaled F. Gabr a/k/a Khaled Aziz
and Nile Management Corporation
By Their Attorneys:

_____
Martin Meyers *Pro Se*
P.O. Box 188
Washington Depot, CT 06794

_____
William J. O'Sullivan, Esq.
BAKER O'SULLIVAN & BLISS PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
(860) 258-1993

Also for Defendants,
Preston W. Halperin, Esquire (Ct23119)
Christine L. DeRosa, Esquire (Ct23569)
SHECHTMAN HALPERIN SAVAGE, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

Dated: February 18, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HARTFORD

| | |
|---|---|
| MARTIN MEYERS AND LLV OF HARTFORD, INC., <br> Plaintiffs, <br><br> V. <br><br> GABR, KHALED, F. A/K/A, KHALED AZIZ, AND NILE MANAGEMENT LEASING CORPORATION <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

C.A. NO. 3:02CV527RNC

## ASSENTED TO MOTION TO EXTEND THE DISCOVERY DEADLINES

The parties in the above-captioned action hereby stipulate and agree that the discovery

deadline (currently February 28, 2004) will be extended up to, and including, March 26, 2004, in

order for the parties to complete discovery and/or complete settlement negotiations.

Plaintiffs,
Martin Meyers and LLV of Hartford, Inc.


Martin Meyers *Pro Se*
P.O. Box 188
Washington Depot, CT 06794

Defendants,
Khaled F. Gabr a/k/a Khaled Aziz
and Nile Management Corporation
By Their Attorneys:


William J. O'Sullivan, Esq.
BAKER O'SULLIVAN & BLISS PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
(860) 258-1993

Also for Defendants,
Preston W. Halperin, Esquire (Ct23119)
Christine L. DeRosa, Esquire (Ct23569)
SHECHTMAN HALPERIN SAVAGE, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

Dated: February 18, 2004