UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HARTFORD

| | |
|---|---|
| MARTIN MEYERS AND LLV OF HARTFORD, INC., <br>    Plaintiffs/Defendants-in Counterclaim, <br><br> V. <br><br> GABR, KHALED, F. A/K/A, KHALED AZIZ, AND NILE MANAGEMENT LEASING CORPORATION <br>    Defendants/Plaintiffs-in-Counterclaim. | ) <br> ) <br> ) <br> ) <br> ) C.A. NO. 3:02CV527RNC <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

The parties in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby agree that all claims and counterclaims asserted by plaintiffs and/or defendants in the complaint and counterclaim shall hereby be dismissed, with each party to bear its own costs and fees.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| MARTIN MEYERS AND <br> LLV OF HARTFORD, INC. | KHALED F. GABR, <br> A/K/A KHALED AZIZ, AND <br> NILE MANAGEMENT AND LEASING <br> CORPORATION, <br> By its Attorneys |
| PRO SE, | SHECHTMAN HALPERIN SAVAGE, LLP. |
| /s/ Martin Meyers | /s/ Preston W. Halperin |
| Martin Meyers, individually <br> and as President of LLV of Hartford, Inc. <br> 27 Winston Dr. <br> Washington Depot, CT 06794 <br> (860) 868-7512 | Preston W. Halperin, Esquire <br> (admitted Pro Hac Vice) <br> 86 Weybosset Street <br> Providence, RI 02903 <br> (401) 272-1400 |

DATED:    March 5, 2004