UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HARTFORD

**FILED**
2004 APR 16 A 10: 37
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MARTIN MEYERS AND LLV OF HARTFORD, INC., <br> Plaintiffs/Defendants-in Counterclaim, <br> <br> V. <br> <br> GABR, KHALED, F. A/K/A, KHALED AZIZ, AND NILE MANAGEMENT LEASING CORPORATION <br> Defendants/Plaintiffs-in-Counterclaim. | C.A. NO. 3:02CV527RNC |

### STIPULATION OF DISMISSAL

The parties in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby agree that all claims and counterclaims asserted by plaintiffs and/or defendants in the complaint and counterclaim shall hereby be dismissed, with each party to bear its own costs and fees.

**PLAINTIFFS**

MARTIN MEYERS AND
LLV OF HARTFORD, INC.

**PRO SE,**

_____
Martin Meyers, individually
and as President of LLV of Hartford, Inc.
27 Winston Dr.
Washington Depot, CT 06794
(860) 868-7512

DATED:    March 5, 2004

**DEFENDANTS**

KHALED F. GABR,
A/K/A KHALED AZIZ, AND
NILE MANAGEMENT AND LEASING
CORPORATION,
By its Attorneys

SHECHTMAN HALPERIN SAVAGE, LLP.

_____
Preston W. Halperin, Esquire
(admitted Pro Hac Vice)
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

*Approved. So ordered. Robert N. Chatigny, U.S.D.J.*
*April 20, 2004.*

FILED 2004 APR 20 P 3:33 U.S. DISTRICT COURT HARTFORD, CT.